1:23-CV-01585-JPH-TAB

The court acknowledges the Notice of Voluntary dismissal [dkt. 74] under Federal Rule of Civil Procedure 41(a)(1)(A), and this action is dismissed without prejudice. All pending motions are denied as moot. The Clerk is directed to close this case on the docket. JPH 3/21/2024
Distribution via ECF and to Plaintiff via U.S. Mail.

# NOTICE OF VOLUNTARILY DISMISSAL OF FLAHERTY & COLLINS, Inc. UNDER TRIAL RULE 41(A)(1)(a)

I am informing the court that I am voluntarily dismissing Flaherty & Collins, Inc. from my lawsuit in order to prevent collateral estoppel or res judicata in relation to my defamation suit in civil court.

According to trial rule 41(A)(1)(a), as a matter of law, I can dismiss the opposing party without a court order as long as they have not filed an answer or a summary judgment motion. Although the defendants have responded to the complaint, they have not filed a motion for summary judgment, so I am voluntarily dismissing them without a court order under trial rule 41(A)(1)(a).

*Maquel Harrell (AKA Nadir)*     03/19/2024